Solomon Bowman *et al.* *vs.* St. Paul German Insurance Co.

Argued July 2, 1894.   Affirmed July 13, 1894.

No. 8791.

Appeal by defendant, the St. Paul German Insurance Company, from an order of the District Court of Ramsey County, *J. J. Egan*, J., made January 13, 1894, denying its motion for a new trial.

The facts in this case are the same as in *Bowman* v. *Hekla Fire Ins. Co.*, *ante*, p. 173.   The judgment was recovered in the same court of Common Pleas in Charleston County, South Carolina, and was certified in the same way as in that action.   The court made findings and ordered judgment for plaintiffs.   The defendant moved for a new trial.   Being denied, it appeals.

*C. D. & Thos. D. O'Brien*, for appellant.

*Morphy, Ewing, Gilbert & Ewing*, for respondents.

Gilfillan, C. J.·   This decision in this case follows that in *Bowman* v. *Hekla Fire Insurance Co.*, *ubi supra*.   Order affirmed.

(Opinion published 59 N. W. 943.)